UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

UNITED STATES OF AMERICA  §
                          §
vs.                       §    NO:  WA:21-CR-00192(1)-ADA
                          §
(1) PETER DANIEL WHITE    §

**ORDER ACCEPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

Before the court is the above styled and numbered cause.  On  November 26, 2024 the United States Probation Office filed a Petition For Warrant or Summons For Offender Under Supervision for Defendant (1) PETER DANIEL WHITE, which alleged that White violated a condition of his supervised release and recommended that White 's supervised release be revoked (Clerk's  Document No. 40).  A warrant issued and White was arrested.  On January 29, 2026, White appeared before a United States Magistrate Judge, was ordered detained, and a revocation of supervised release hearing was set.

White appeared before the magistrate judge on March 3, 2026, waived his right to a preliminary hearing and to be present before the United States District Judge at the time of modification of sentence, and consented to allocution before the magistrate judge. Following the hearing, the magistrate judge signed his report and recommendation on March 3, 2026, which provides that having carefully considered all of the arguments and evidence presented by the Government and Defendant, based on the original offense and the intervening conduct of White, the magistrate judge recommends that this court revoke

White supervised release and that White be sentenced to imprisonment for NINE (9) months, with no term supervised  release to follow the term of imprisonment, and with credit for time served (Clerk's  Document  No. 46).

A party may serve and file specific,  written  objections to the proposed  findings and recommendations of a magistrate  judge within fourteen  days after being served with a copy of the report and recommendation, and thereby secure a *de novo* review by the district court.  *See* 28 U.S.C.§ 636(b);  Fed. R. Civ. P. 72(b).   A party's failure to timely file written  objections to the proposed findings, conclusions, and recommendation in a report and recommendation bars that party, except upon grounds  of plain error, from attacking  on appeal the unobjected-to proposed  factual findings and legal conclusions accepted by the district court.  *Douglass v. United Services Auto Ass 'n,* 79 F.3d1415 (5th Cir. 1996) *(en bane).* The parties in this cause were properly notified of the consequences of a failure to file objections.

On March 3, 2026, following the hearing on the motion to revoke supervised release, all parties  signed  a Waiver  Of Fourteen  Day Rule  For Filing  Objections To Report  and Recommendation OfUnited States Magistrate Judge (Clerk's Document No. 51). The court, having reviewed the entire record  and  finding no plain  error, accepts and adopts the  report and recommendation filed in this cause.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of the United States Magistrate  Judge  filed  in this  cause  (Clerk's Document No. 46 )  is

hereby  ACCEPTED AND ADOPTED by this court.

**IT IS FURTHER ORDERED** that Defendant  (1) PETER DANIEL WHITE's

term of supervised  release is hereby REVOKED.

**IT IS FURTHER  ORDERED** that Defendant (1) PETER DANIEL WHITE be

imprisoned for  NINE (9) months with no term of supervised release, and with

credit for time served.

Signed this 12th day of March, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE